B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Eastern District of Virginia

In re   **Carva Patrice Baker**                                   ,      Case No.  __13-70009__
                        Debtor

Chapter _____13_____

# SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 208,000.00 | | |
| B - Personal Property | Yes | 4 | 11,430.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 138,611.83 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 3,569.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | 124,279.20 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 2,436.53 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 2,274.99 |
| Total Number of Sheets of ALL Schedules | | 21 | | | |
| Total Assets | | | 219,430.00 | | |
| Total Liabilities | | | | 266,460.03 | |

**Form 6 - Statistical Summary (12/07)**

# United States Bankruptcy Court
## Eastern District of Virginia

In re  **Carva Patrice Baker**, Debtor

Case No. **13-70009**

Chapter **13**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 3,569.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 120,000.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 123,569.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 2,436.53 |
| Average Expenses (from Schedule J, Line 18) | 2,274.99 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 1,230.74 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 3,569.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 124,279.20 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 124,279.20 |

B6D (Official Form 6D) (12/07)

In re **Carva Patrice Baker**, Debtor

Case No. **13-70009**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Chase Home Finance**<br>**3415 Vision Drive**<br>**Columbus, OH 43219** | | - | **Deed of Trust**<br>**3629 Van Buren Drive, Virginia Beach VA 23452**<br>Value $ 208,000.00 | | | | **126,076.90** | **0.00** |
| Account No.<br>**Chase Home Finance-Reg Agent**<br>**Clayton M. Bernard**<br>**9th St. Office Bldg, Ste. 723**<br>**Richmond, VA 23219** | | | Representing:<br>**Chase Home Finance**<br>Value $ | | | | **Notice Only** | |
| Account No.<br>**Equity Trustees, LLC**<br>**8100 Three Chopt Rd. Suite 240**<br>**Henrico, VA 23229** | | | Representing:<br>**Chase Home Finance**<br>Value $ | | | | **Notice Only** | |
| Account No.<br>**JP Morgan Chase & Co. (CERT)**<br>**Attn: James Dimon, CEO**<br>**270 Park Ave, 38th Flr**<br>**New York, NY 10017** | | | Representing:<br>**Chase Home Finance**<br>Value $ | | | | **Notice Only** | |
| **2** continuation sheets attached | | | | | | Subtotal<br>(Total of this page) | **126,076.90** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re **Carva Patrice Baker**, Case No. **13-70009**
                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Stephen B. Wood, Reg. Agent<br>8100 Three Chopt Road<br>Ste. 240<br>Henrico, VA 23229 | | | Representing:<br>Chase Home Finance<br><br>Value $ | | | | Notice Only | |
| Account No.<br><br>DriveTime<br>PO Box 29018<br>Phoenix, AZ 85038 | - | | 4/09<br>Purchase Money Security<br>2006 Pontiac Torrent<br>Value $ 9,825.00 | | | | 4,637.00 | 0.00 |
| Account No.<br><br>Drive Time Car Sales Co. (noti<br>Corp. Svc. Co., Reg. Ag.<br>1111 E. Main St., 16th Floor<br>Richmond, VA 23219 | | | Representing:<br>DriveTime<br><br>Value $ | | | | Notice Only | |
| Account No.<br><br>US Department of HUD<br>c/o Deval LLC<br>1255 Corporate Drive, #300<br>Irving, TX 75038 | - | | HUD lien--not due until 2031<br>3629 Van Buren Drive, Virginia Beach VA 23452<br>Value $ 208,000.00 | | | | 7,897.93 | 0.00 |
| Account No.<br><br>United States Dept. Housing<br>Shaun Donovan, Secretary<br>451 Seventh Street, S.W.<br>Washington, DC 20410 | | | Representing:<br>US Department of HUD<br><br>Value $ | | | | Notice Only | |

Sheet **1** of **2** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) | 12,534.93 | 0.00

B6D (Official Form 6D) (12/07) - Cont.

In re  **Carva Patrice Baker**  ,   Case No.  **13-70009**
　　　　　　　　　　　　　Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**US Attorney's Office**<br>**Attn: Greg Stefan, Esq.**<br>**101 W. Main St., Ste. 8000**<br>**Norfolk, VA 23510** | | | **Representing:**<br>**US Department of HUD**<br>Value $ | | | | **Notice Only** | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |

Sheet __2__ of __2__ continuation sheets attached to  　　Subtotal  　　　　0.00  　　0.00
Schedule of Creditors Holding Secured Claims  　　(Total of this page)

　　　　　　　　　　　　　　　　　　　　　　　　　　　Total  　　138,611.83  　0.00
　　　　　　　　　　　　　　　　　　　　(Report on Summary of Schedules)

B6F (Official Form 6F) (12/07)

In re   **Carva Patrice Baker**                                          , Case No.   **13-70009**
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **unk**  **First Virginia Financial Svcs.** 5900 E. VA Beach Blvd., #256 Norfolk, VA 23502-2511 | - | | unk open acct | | | | 462.31 |
| Account No.  **First Virginia Financial - RA Corporation Service Company** BOA Ctr, 16 fl, 1111 E Main Richmond, VA 23219 | | | Representing: **First Virginia Financial Svcs.** | | | | Notice Only |
| Account No.  **T-Mobile** P.O. Box 248848 Oklahoma City, OK 73124 | - | | 5/09 cell phone | | | | 323.43 |
| Account No.  **American InfoSource (notice) Blake Hogan, President** 5847 San Felipe, #1200 Houston, TX 77057 | | | Representing: **T-Mobile** | | | | Notice Only |

__3__  continuation sheets attached

Subtotal (Total of this page)    **785.74**

B6F (Official Form 6F) (12/07) - Cont.

In re **Carva Patrice Baker**, Case No. **13-70009**
　　　　　　　　　　Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**American InfoSource LP**<br>**agent fr T-Mobile/T-Mobile USA**<br>**POB 48838**<br>**Oklahoma City, OK 73124-8838** | | | Representing:<br>**T-Mobile** | | | | **Notice Only** |
| Account No.<br>**T-Mobile NE, LLC (notice)**<br>**Corp. Svc. Co., Reg. Agent**<br>**1111 E. Main St., 16th Floor**<br>**Richmond, VA 23219** | | | Representing:<br>**T-Mobile** | | | | **Notice Only** |
| Account No. **xxxxxxxxx1217**<br>**United Auto Credit**<br>**3990 Westerly Place**<br>**Newport Beach, CA 92660** | - | | 6/10<br>auto ($2567 on credit report) DISPUTED | | | X | **1.00** |
| Account No.<br>**United Auto Cred. Cor. (notice**<br>**Corp. Svc Co., Reg. Ag.**<br>**1111 East Main St., 16th Floor**<br>**Richmond, VA 23219** | | | Representing:<br>**United Auto Credit** | | | | **Notice Only** |
| Account No.<br>**US Department of Education**<br>**P.O. Box 65128**<br>**Saint Paul, MN 55165** | - | | 10/09<br>Gov't Guaranteed Student loan - NON-DISCHARGEABLE (applying for deferrment) | | | | **120,000.00** |

Sheet no. **1** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)　**120,001.00**

In re **Carva Patrice Baker**, Case No. **13-70009**
Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Phillip Rosenfelt, Gen. Csl**<br>**Rm 6E310, Bldg LBJ, MS 2100**<br>**400 Maryland Ave., SW**<br>**Washington, DC 20202** | | | **Representing:**<br>**US Department of Education** | | | | **Notice Only** |
| Account No.<br>**US Attorney General (notice)**<br>**US Dept. of Justice**<br>**950 Pennsylvania Ave., NW**<br>**Washington, DC 20530-0001** | | | **Representing:**<br>**US Department of Education** | | | | **Notice Only** |
| Account No.<br>**Verizon Wireless**<br>**P.O. Box 26055**<br>**Minneapolis, MN 55426** | - | | **2009 - 2012**<br>**cell phone** | | | | **2,358.46** |
| Account No.<br>**American InfoSource (notice)**<br>**Blake Hogan, President**<br>**5847 San Felipe, #1200**<br>**Houston, TX 77057** | | | **Representing:**<br>**Verizon Wireless** | | | | **Notice Only** |
| Account No.<br>**American InfoSource LP**<br>**as agent for Verizon**<br>**POB 48838**<br>**Oklahoma City, OK 73124-8838** | | | **Representing:**<br>**Verizon Wireless** | | | | **Notice Only** |

Sheet no. __2__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **2,358.46**

B6F (Official Form 6F) (12/07) - Cont.

In re **Carva Patrice Baker**, Case No. **13-70009**
　　　　　　　　　　　　　Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Verizon Wireless (notice)**<br>**Daniel S. Mead, CEO**<br>**15 Federal Rd.**<br>**Brookfield, CT 06804** | | | Representing:<br>Verizon Wireless | | | | Notice Only |
| Account No.<br>**Virginia Cell. Retail (notice)**<br>**CT Corp Sys., Reg. Ag.**<br>**4701 Cox Road, Ste. 301**<br>**Glen Allen, VA 23060-6802** | | | Representing:<br>Verizon Wireless | | | | Notice Only |
| Account No. **unk**<br>**Virginia Employment Commission**<br>**703 E. Main Street**<br>**Richmond, VA 23219** | - | | unk<br>overpayment | | | X | 1,134.00 |
| Account No.<br>**VA Attorney General (notice)**<br>**900 E. Main St.**<br>**Richmond, VA 23219** | | | Representing:<br>Virginia Employment Commission | | | | Notice Only |
| Account No. | | | | | | | |

Sheet no. **3** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　　　　　　　Subtotal (Total of this page)　　**1,134.00**

　　　　　　　　　　　　　　　　　　　　　　　　　　Total (Report on Summary of Schedules)　　**124,279.20**

# United States Bankruptcy Court
### Eastern District of Virginia

In re  **Carva Patrice Baker**  Case No. **13-70009**
Debtor(s)  Chapter **13**

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

☐ Involuntary/Voluntary Petition *[Specify reason for amendment: ____]*
  Check if applicable: ☐ Soc. Sec. No. amended. **[*If applicable*: An original, signed Official Form 21 was marked/hand-delivered to the Clerk's office on _____.*]**
☒ Summary of Schedules (Includes Statistical Summary of Certain Liabilities and Related Data)
☐ Schedule A - Real Property
☐ Schedule B - Personal Property
☐ Schedule C - Property Claimed as Exempt
☒ **Schedule D, E, or F, and/or list of Creditors or Equity Holders** - REQUIRES COMPLIANCE WITH LOCAL RULE 1009-1 *($30.00 fee required if adding or deleting pre-petition creditors, changing amounts owed or classification of debt.)* **Check applicable statement(s):**
  ☒ **Creditor(s) added**   ☐ **Creditor(s) deleted**
  ☒ **Change in amounts owed or classification of debt**
  ☐ **No pre-petition creditors added/deleted, or amounts owed or classification of debt changed.** [Docket: **Amended Schedule(s) and/or Statement(s), List(s)-NO FEE)**
  ☐ **Post-petition creditors added (Schedule of Unpaid Debts)**
  **REMINDER: Conversion of Chapter 13 to Chapter 7 - only file Schedule of Unpaid Debts.**
☐ Schedule G - Executory Contracts and Unexpired Leases
☐ Schedule H - Codebtors
☐ Schedule I - Current Income of Individual Debtor(s)
☐ Schedule J - Current Expenditures of Individual Debtor(s)

**[NOTE: The form "NOTICE TO CREDITOR(S) (RE AMENDMENT)" is still required when adding or deleting creditors. *Amendment of debtor(s) Social Security Number requires that a hard copy of this cover sheet together with a completed Official Form 21 - Statement of Social Security Number(s) be submitted to the Clerk's Office for entry of the amended Social Security Number into the Court's database. ]**

☐ Statement of Financial Affairs
☐ Chapter 7 Individual Debtor's Statement of Intention
☐ Chapter 11 List of Equity Security Holders
☐ Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
☒ Disclosure of Compensation of Attorney for Debtor
☐ Other: ____

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the United States Trustee, the trustee in this case, and to any and all entities affected by the amendment as follows:   **US Postal Service, internet and/or facsimile**   .

Date: _____

  **/s/ Ashley C. Tucker**
  Attorney for Debtor(s) [or *Pro Se* Debtor(s)]
  State Bar No.:  **82976**
  Mailing Address:  **Law Office of Steve C. Taylor, P.C.**
  **133 Mount Pleasant Road**
  **Chesapeake, VA 23322**
  Telephone No.:  **(757) 482-5705**

**Date:** _____    /s/ Carva Patrice Baker_____

[amendcs ver. 11/11]

# United States Bankruptcy Court
### Eastern District of Virginia

In re **Carva Patrice Baker**  
Debtor(s)

Case No. **13-70009**  
Chapter **13**

**TO:**
**SEE ATTACHED SHEET**

# NOTICE TO
# CREDITOR(S) (RE AMENDMENT)

NOTICE IS HEREBY GIVEN that an amendment to the above-captioned debtor's schedules has been filed

☒ adding you as a creditor,
☐ deleting you as a creditor,
☐ correcting your address

A copy of the amendment is forwarded to you together with this notice.

*[If amendment is adding creditor(s)]* NOTICE IS FURTHER GIVEN that also forwarded to you together with this notice is a copy of the notice of the meeting of creditors called by the United States Trustee pursuant to Federal Rule of Bankruptcy Procedure 2003, giving the particulars of the case and stating the last date for the filing of claims *(if any was given)*, for filing complaints objecting to the discharge and complaints to determine the dischargeability of certain debts; a copy of the discharge of the debtor, *if one has been entered,* a subsequent notice to file claims, *if one has been issued,* and any other filed document affecting the rights of the added creditor(s).

**Carva Patrice Baker**

Date: 3/19/2013

By /s/ Ashley C. Tucker  
Attorney for Debtor [or *Pro Se* Debtor]  
State Bar No.: **82976**  
Address: **Law Office of Steve C. Taylor, P.C.**  
**133 Mount Pleasant Road**  
**Chesapeake, VA 23322**  
Telephone No.: **(757) 482-5705**

## CERTIFICATION

I certify that on **3/19/2013**, I served a copy of the foregoing notice on the United States Trustee, any appointed trustee, and any and all entities affected by the amendment pursuant to Local Bankruptcy Rule 1009-1(A).

/s/ Ashley C. Tucker  
Ashley C. Tucker  
Attorney for Debtor [or *Pro Se* Debtor]

Drive Time Car Sales Co. (noti
Corp. Svc. Co., Reg. Ag.
1111 E. Main St., 16th Floor
Richmond, VA 23219

VA Attorney General (notice)
900 E. Main St.
Richmond, VA 23219

IRS (RA) Civil Process Clerk
Office of US Atty, EDVA
101 W. Main Street, Ste 8000
Norfolk, VA 23510-1671

IRS/Atty Gen. of US (Notice)
U.S. Dept of Justice
950 Pennsylvania Avenue
Washington, DC 20530

IRS/US Attys Office (notice)
Attn:  Greg Stefan, Esq.
101 W. Main St., Ste. 8000
Norfolk, VA 23510

T-Mobile NE, LLC (notice)
Corp. Svc. Co., Reg. Agent
1111 E. Main St., 16th Floor
Richmond, VA 23219

United Auto Cred. Cor. (notice
Corp. Svc Co., Reg. Ag.
1111 East Main St., 16th Floor
Richmond, VA 23219

US Attorney General (notice)
US Dept. of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

Verizon Wireless (notice)
Daniel S. Mead, CEO
15 Federal Rd.
Brookfield, CT 06804

First Virginia Financial Svcs.
5900 E. VA Beach Blvd., #256
Norfolk, VA 23502-2511

[ ntctoaddcreds ver. R. 11/01]

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com                                                                                                  Best Case Bankruptcy

First Virginia Financial - RA
Corporation Service Company
BOA Ctr, 16 fl, 1111 E Main
Richmond, VA 23219

Virginia Employment Commission
703 E. Main Street
Richmond, VA 23219

VA Attorney General (notice)
900 E. Main St.
Richmond, VA 23219

US Department of HUD
c/o Deval LLC
1255 Corporate Drive, #300
Irving, TX 75038

United States Dept. Housing
Shaun Donovan, Secretary
451 Seventh Street, S.W.
Washington, DC 20410

American InfoSource (notice)
Blake Hogan, President
5847 San Felipe, #1200
Houston, TX 77057

American InfoSource LP
agent fr T-Mobile/T-Mobile USA
POB 48838
Oklahoma City, OK 73124-8838

American InfoSource LP
as agent for Verizon
POB 48838
Oklahoma City, OK 73124-8838

## United States Bankruptcy Court
### Eastern District of Virginia

In re  **Carva Patrice Baker**                                      Case No. **13-70009**

Debtor(s)                                      Chapter **13**

## AMENDED
## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I certify under penalty of perjury that the foregoing is true and correct.

Date  **April 2, 2013**           Signature  **/s/ Carva Patrice Baker**
                                              **Carva Patrice Baker**
                                              Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571