# United States Bankruptcy Court
### Eastern District of Virginia

In re  **Carva Patrice Baker** _____  Case No. **13-70009**
                           Debtor(s)                    Chapter **13**

**TO:**
**SEE ATTACHED SHEET**

## NOTICE TO CREDITOR(S) (RE AMENDMENT)

NOTICE IS HEREBY GIVEN that an amendment to the above-captioned debtor's schedules has been filed

☒ adding you as a creditor,
☐ deleting you as a creditor,
☐ correcting your address

A copy of the amendment is forwarded to you together with this notice.

   *[If amendment is adding creditor(s)]*  NOTICE IS FURTHER GIVEN that also forwarded to you together with this notice is a copy of the notice of the meeting of creditors called by the United States Trustee pursuant to Federal Rule of Bankruptcy Procedure 2003, giving the particulars of the case and stating the last date for the filing of claims *(if any was given)*, for filing complaints objecting to the discharge and complaints to determine the dischargeability of certain debts; a copy of the discharge of the debtor, *if one has been entered,* a subsequent notice to file claims, *if one has been issued,* and any other filed document affecting the rights of the added creditor(s).

**Carva Patrice Baker**

Date: 4/2/2013     By   /s/ Ashley C. Tucker
                        Attorney for Debtor [or *Pro Se* Debtor]
                        State Bar No.: **82976**
                        Address: **Law Office of Steve C. Taylor, P.C.**
                        **133 Mount Pleasant Road**
                        **Chesapeake, VA 23322**
                        Telephone No.: **(757) 482-5705**

### CERTIFICATION

   I certify that on  **4/3/2013**  , I served a copy of the foregoing notice on the United States Trustee, any appointed trustee, and any and all entities affected by the amendment pursuant to Local Bankruptcy Rule 1009-1(A).

                        /s/ Ashley C. Tucker
                        Ashley C. Tucker
                        Attorney for Debtor [or *Pro Se* Debtor]

Drive Time Car Sales Co. (noti
Corp. Svc. Co., Reg. Ag.
1111 E. Main St., 16th Floor
Richmond, VA 23219

VA Attorney General (notice)
900 E. Main St.
Richmond, VA 23219

IRS (RA) Civil Process Clerk
Office of US Atty, EDVA
101 W. Main Street, Ste 8000
Norfolk, VA 23510-1671

IRS/Atty Gen. of US (Notice)
U.S. Dept of Justice
950 Pennsylvania Avenue
Washington, DC 20530

IRS/US Attys Office (notice)
Attn:  Greg Stefan, Esq.
101 W. Main St., Ste. 8000
Norfolk, VA 23510

T-Mobile NE, LLC (notice)
Corp. Svc. Co., Reg. Agent
1111 E. Main St., 16th Floor
Richmond, VA 23219

United Auto Cred. Cor. (notice
Corp. Svc Co., Reg. Ag.
1111 East Main St., 16th Floor
Richmond, VA 23219

US Attorney General (notice)
US Dept. of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

Verizon Wireless (notice)
Daniel S. Mead, CEO
15 Federal Rd.
Brookfield, CT 06804

First Virginia Financial Svcs.
5900 E. VA Beach Blvd., #256
Norfolk, VA 23502-2511

[ ntctoaddcreds ver. R. 11/01]

First Virginia Financial - RA
Corporation Service Company
BOA Ctr, 16 fl, 1111 E Main
Richmond, VA 23219

Virginia Employment Commission
703 E. Main Street
Richmond, VA 23219

VA Attorney General (notice)
900 E. Main St.
Richmond, VA 23219

US Department of HUD
c/o Deval LLC
1255 Corporate Drive, #300
Irving, TX 75038

United States Dept. Housing
Shaun Donovan, Secretary
451 Seventh Street, S.W.
Washington, DC 20410

American InfoSource (notice)
Blake Hogan, President
5847 San Felipe, #1200
Houston, TX 77057

American InfoSource LP
agent fr T-Mobile/T-Mobile USA
POB 48838
Oklahoma City, OK 73124-8838

American InfoSource LP
as agent for Verizon
POB 48838
Oklahoma City, OK 73124-8838