# United States Bankruptcy Court
## Eastern District of Virginia
Norfolk Division

**TO:**  
Ashley Tucker, Esquire

**In re:**  Carva Patrice Baker

**Case Number**  13–70009–SCS  
**Chapter**  13

**YOU ARE ADVISED AS FOLLOWS CONCERNING PAPERS FILED BY YOU WHICH CONTAIN DEFICIENCIES:**

*37* – Amended/Modified Chapter 13 Plan and Related Motions and Special Notice to Secured Creditor(s) HUD Sec., US Atty, Deval LLC, Chase and R.A.and CEO, DriveTime and R.A.Equity Trustees and R.A. (Re: related document(s)24 Amended/Modified Chapter 13 Plan and Related Motions filed by Carva Patrice Baker) filed by Ashley C. Tucker of The Law Offices of Steve C. Taylor, P.C. on behalf of Carva Patrice Baker. Confirmation Hearing to be held on 5/9/2013 at 10:00 AM at Chief Judge St. John's Courtroom, 600 Granby Street, 4th Floor, Courtroom 1, Norfolk, Virginia. Objections to Plan due by 5/2/2013. (Tucker, Ashley)

**VOLUNTARY PETITION/AMENDMENT OR CONVERSION OF PETITION, LISTS OR SCHEDULES [FRBP 1007; IR 1007; LBR 1009–1]:**

\_  Caption of Petition not in compliance with FRBP 1005. Social Security number or employer's tax identification number of debtor(s) incomplete or omitted. (NOTE: Only the last four digits of the SSN should appear on any document filed. The full SSN should only be entered electronically into ECF when the case is filed or submitted to the Court on Official Form 21.)

\_  Corporate petition not accompanied by Corporate Ownership Statement [FRBP 1007(a)(1)]*

\_  Not accompanied by a properly completed Amendment Cover Sheet*.

\_  Not in substantial compliance with the correct version of the Amendment Cover Sheet*.

\_  Not accompanied by notice to the United States Trustee, any trustee appointed, and to any and all entities affected by the amendment*.

\_  **CONVENTIONAL (PAPER) FILINGS:** Creditors added by amendment or conversion (Schedule of Unpaid Debts): not accompanied by a list of additional creditors and signed cover sheet in the format specified by Clerk's Office [See LBR 1009–1(B)(1) or LBR 1017–1(A)(1)].

\_  **ELECTRONIC (ECF) FILINGS:** Additional creditor(s) not added via Creditor Maintenance upon filing of Schedule of Unpaid Debts/Amended Schedules

**CHAPTER 13 PLAN AND RELATED MOTIONS [LBR 3015–2]:**

\_  Not accompanied by a properly completed proof of service.

\_  Not on acceptable form approved by Court for use in Eastern District of Virginia pursuant to Local Bankruptcy Rule 3015–2(A)*.

\_  Not accompanied by a budget (copy of Schedules I and J attached to plan acceptable).

\_  Modified Plan: Date, time and/or location of Modified Plan Confirmation Hearing omitted or incorrect. The debtor must obtain a new confirmation hearing date from the clerk PRIOR to filing a modified plan. The new confirmation hearing date must allow at least 35 days' notice and shall not be earlier than the date originally set for confirmation of the original plan [LBR 3015–2(F)(1)(C)]. To correct this error, the debtor must file a **Notice of Scheduled Confirmation Hearing** with the court and send a copy to all creditors and the trustee. The "notice" must indicate that if no objections are timely filed, a confirmation hearing will <u>not</u> be held.

\_  **Special Notice to Secured Creditor** – Date objection due; Date and time of confirmation hearing and/or Place of confirmation hearing omitted or incorrect.

**X**  Signature does not include the date signed.

*\*A copy of the above–referenced form may be obtained from the Court's web site at www.vaeb.uscourts.gov*

Date:  April 3, 2013                                    CLERK, UNITED STATES BANKRUPTCY COURT

                                                         By <u>/s/ Mozelle K. Jones</u>, Deputy Clerk  
[igvolpplvDec2009.jsp]                                   Direct Dial Telephone No. <u>757–222–7518</u>